**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*, | Case No. 23-11069 (CTG) |
| Debtors. [1] | |
| YRC Inc., | |
| Plaintiff, | |
| vs. | Adv. No. 25-51256 |
| Cooper Lighting, LLC, | |
| Defendant. | |

**FIFTH STIPULATION FOR EXTENSION OF TIME FOR**
**DEFENDANT TO RESPOND TO THE COMPLAINT**

YRC Inc. (the "Plaintiff" or "Debtor"), one of the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, and Cooper Lighting, LLC (the "Defendant" and, together with Plaintiff, the "Parties"), through their respective counsel, enter into this *Third Stipulation for Extension of Time For Defendant to Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1. The Parties previously agreed to extend the time within which Defendant may answer, move, or otherwise plead to March 20, 2026. See Stipulation, Docket no. 10. The Parties are actively discussing a consensual resolution.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

1

2.      Accordingly, the Parties agree and stipulate that the time within which Defendant may answer, move, or otherwise plead to the Complaint [D.I. 1] is hereby further extended to and including April 17, 2026.

Dated: March 20, 2026

Dated: March 20, 2026

/s/    Peter    J.    Keane
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*-and-*

ASK LLP
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq., MN SBN 0389115
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3846
Fax: (651) 406-9676
Email:kcasteel@askllp.com

*Counsel for Plaintiff*

/s/Samuel C. Wisotzkey
Samuel C. Wisotzkey, Esq
Wisconsin Bar No. 1029537
**KOHNER, MANN & KAILAS, S.C.**
4650 North Port Washington Road
Milwaukee, WI 53212
Telephone: (414) 962-5110
Email: swisotzkey@kmksc.com

*Counsel for Defendant*

2